COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

| | |
|---|---|
| Appellate case name: | Jennie Kay Lyle Bierscheid, Executrix of the Estate of Kenneth R. Lyle, Lyle Engineering Company., Houston Bluebonnet LLC, E&H, LP, American Universal Investment Co., Jennie Kay Lyle Bierscheid and Esther Suckle, Trustee of the Suckle 1999 Living Trust v. Daniel R. Japhet, Jane Guinn Estate. et al |
| Appellate case number: | 01-18-00652-CV |
| Trial court case number: | 30776 |
| Trial court: | 149th District Court of Brazoria County |

On January 25, 2019, appellants filed a motion requesting a temporary stay of (1) the trial court's January 2, 2019 Order on Defendants' Motion to Set Lesser Amount to Supersede Judgment (the "Order") and (2) the execution or enforcement of the underlying April 9, 2018 Final Judgment, pending this Court's resolution of appellants' concurrently filed Motion to Review Trial Court's Order on Appellants' Motion to Set Lesser Amount to Supersede Judgment (the "Motion to Review").

Appellees filed a response to the stay motion, stating that they only oppose staying portions of the Order (1) requiring that, to supersede the award of specific performance in Paragraph 24 of the Final Judgment, appellants must, on or before January 25, 2019, account for and to pay into the registry of the trial court the Japhet Net Profits Interest accruing from and after September 1, 2018, and (2) enjoining appellants (except Houston Bluebonnet LLC) from dissipating or transferring assets to avoid satisfaction of the judgment other than in the normal course of business.

Upon consideration of the parties' filings, appellants' motion to stay **is granted in part and denied in part**. *See* TEX. R. APP. P. 24.4(c). The Order and execution on the Final Judgment are ordered stayed pending our determination of the Motion to Review, with the following two exceptions:

- Paragraph 4b of the Order requiring that, to supersede the award of specific performance in Paragraph 24 of the Final Judgment, appellants must, on or before January 25, 2019, account for and to pay into the registry of the trial court the Japhet Net Profits Interest accruing from and after September 1, 2018.

- Paragraph 5 of the Order enjoining appellants (except Houston Bluebonnet LLC) from dissipating or transferring assets to avoid satisfaction of the judgment other than in the normal course of business.

Appellants' requests to stay these portions of the Order and Final Judgment are denied.

It is so ORDERED.

Judge's signature: /s/ Sarah Beth Landau

Acting individually

Date:  February 5, 2019